## (March 20, 1959)

█ EMPIRE AIRCRAFT SALES CORP., Appellant, v. RENAULT, INC., et al., Respondents, et al., Defendant.— In an action for an injunction, the appeal is from an order denying appellant's motion for a temporary injunction. Order affirmed, without costs. Under the circumstances of this case, the Special Term did not abuse its discretion by denying the motion for a temporary injunction. We are not, by this determination, passing upon the applicability or validity of section 197 of the General Business Law, nor have we reached any conclusion concerning the merits of this controversy. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

## (March 23, 1959)

█ ISIDORE FREIBERG, Doing Business as PARK LANE UPHOLSTERING CO., Respondent, v. SIDNEY KANTROWITZ et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

█ JOHN P. HASSAN, Appellant, v. WILLIAM DE FOE, Respondent.— Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

█ JOHN P. HASSAN, Appellant, v. SCREEN GEMS INC., Respondent.— Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

█ In the Matter of the Estate of NATHAN LIEBLICH, Deceased. ANNA LIEBLICH, as Executrix of NATHAN LIEBLICH, Deceased, Appellant; IRVING COOPERSMITH, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.